FILED
CLERK, U.S. DISTRICT COURT
September 26, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SLATOR, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC., a Delaware corporation,<br><br>    Defendant. | CASE NO. 2:17-cv-01430-SJO-SS<br><br>**[PROPOSED] ORDER AND FINAL JUDGMENT CONFIRMING ARBITRATION AWARD** |

## **ORDER AND FINAL JUDGMENT CONFIRMING ARBITRATION AWARD**

Upon consideration of AT&T Services, Inc.'s Motion to Confirm, and after due and sufficient deliberation, the Court GRANTS the motion and enters this ORDER AND FINAL JUDGMENT.

The Court makes the following findings and conclusions:

1. On or about March 16, 2012, Plaintiff Aaron Slator entered into an at-will employment agreement with Defendant AT&T Services, Inc. ("AT&T Services").

2. Plaintiff's employment with AT&T Services was subject to a Management Arbitration Agreement ("MAA"), which requires the parties to resolve any disputes covered by the MAA "by final and binding arbitration instead of court litigation . . . in accordance with [JAMS] Employment Arbitration Rules & Procedures (and no other JAMS rules)[.]" Moreover, on March 17, 2017, the parties filed a

| | |
|---|---|
| 1 | stipulation with the Court in which they "agree[d] to submit this case to binding |
| 2 | arbitration." D.E. 14. |
| 3 | 3. Pursuant to the MAA, Plaintiff's claims were submitted to confidential |
| 4 | binding arbitration. On May 31, 2018, Arbitrator Richard Chernick issued a final, |
| 5 | confidential arbitration award (the "Award"), disposing of all of the pending claims. |
| 6 | Therefore, it is hereby ORDERED that the Award is confirmed in all respects; |
| 7 | and it is further |
| 8 | ORDERED that the Award shall have the same force and effect as a final |
| 9 | judgment of this Court. |

Dated: \_\_September 26\_\_, 2018

*S. James Otero*
———————————————
S. James Otero
United States District Judge